

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2018

No. 04-17-00223-CV

Maria Lidia **GONZALEZ**, et al.,
Appellant

v.

**ESTATE OF IDELFONSO RAMIREZ**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6215
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The appellants' joint unopposed motion for extension of time to file reply brief is hereby GRANTED. Time is extended to August 20, 2018.

It is so ORDERED on July 19, 2018.

PER CURIAM

ATTESTED TO:_____
KEITH E. HOTTLE,
Clerk of Court